JAMES P. KEMP, ESQ.
Nevada Bar No: 6375
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV 89130
702-258-1183 ph./702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

*Attorneys for Plaintiff*
*Deborah Moffett*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA
### ***

| | |
|---|---|
| DEBORAH MOFFETT, | ) |
| Plaintiff, | ) Case No.: 2:25-cv-01451-GMN-EJY ) |
| vs. | ) |
| INTERMOUNTAIN HEALTHCARE INC.; DOES I-X; and ROE Business Entities I-X, | ) **REQUEST THAT PLAINTIFF'S** ) **ATTORNEY JAMES P. KEMP BE** ) **EXEMPT FROM ATTENDANCE AT THE** ) **EARLY NEUTRAL EVALUATION** ) |
| Defendants. | ) **[FIRST REQUEST]** ) ) |

**COMES NOW** Plaintiff DEBORAH MOFFETT, by and through Counsel of Record, KEMP & KEMP, ATTORNEYS AT LAW, and hereby requests that Plaintiff's attorney, James P. Kemp, Esq., be exempt from attending the Early Neutral Evaluation (ENE) session on November 21, 2025.

Attorney Kemp will be out of the country on vacation that day. The lack of in-person attendance by Attorney Kemp will not inhibit or limit the parties' ability to negotiate or reach a potential settlement. Plaintiff's co-counsel, Ruthann Deveraux-Gonzalez, Esq., is well-versed in the matter and is able to represent Plaintiff who will be there in person with full settlement

1

authority. Further, Mr. Kemp will be available by phone or zoom if needed to assist.

Based upon the foregoing the undersigned respectfully requests that James P. Kemp, Esq. be excused from personally attending the November 21, 2025 ENE in this action.

DATED October 29, 2025

/s/ James P. Kemp
JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV  89130
702-258-1183 ph./702-258-6983 fax

*Attorneys for Plaintiff*
*Deborah Moffett*

…

…

…

**IT IS SO ORDERED**.

DATED: 10/31/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2