SUZANNE L. MARTIN
Nevada Bar 8833
suzanne.martin@ogletree.com
KATHRYN C. NEWMAN
Nevada Bar No. 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorney for Defendant,*
*INTERMOUNTAIN HEALTHCARE INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEBORAH MOFFETT, | CASE NO.:  2:25-cv-01451-GMN-EJY |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| INTERMOUNTAIN HEALTHCARE INC.; DOES I-X; and ROE Business Entities I-X, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff Deborah Moffett ("Plaintiff") and

Defendant Intermountain Healthcare Inc. ("Defendant"), by and through their respective counsel

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

1

below, that the above-entitled matter be dismissed with prejudice, with each side bearing their own fees and costs.

DATED this 16th day of January, 2026.                DATED this 16th day of January, 2026.


LEON GREENBERG PROFESSIONAL                          OGLETREE, DEAKINS, NASH, SMOAK &
CORPORATION                                          STEWART, P.C.


/s/                                                  /s/
Leon Greenberg                                       Suzanne L. Martin
Nevada Bar No. 8094                                  Nevada Bar No. 8133
Ruthann Devereaux-Gonzalez                           Kathryn C. Newman
Nevada Bar No. 15904                                 Nevada Bar No. 13733
1811 South Rainbow Blvd., Suite 210                  10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89146                                 Las Vegas, NV  89135
                                                     *Attorneys for Defendant,*
KEMP & KEMP, ATTORNEYS AT LAW                        *Intermountain Healthcare Inc.*


/s/
James P. Kemp
Nevada Bar No. 006375
7435 W. Azure Dr., Suite 110
Las Vegas, NV  89130
*Attorneys for Plaintiff,*
*Deborah Moffett*

**IT IS HEREBY ORDERED** that this case is dismissed **with prejudice**.

The Clerk of Court is kindly directed to close this case.


**DATED** this  21  day of January, 2026.


_____
Gloria M. Navarro, District Judge
United States District Court

95007978.v1-OGLETREE